No. 229. DUKE *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jesse C. Duke, pro se.* No appearance for the United States.

No. 237. BERNHARDT, ADMINISTRATOR, *v.* CHICAGO, B. & Q. R. Co. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles E. Foster* for petitioner. *Messrs. J. C. James* and *Bruce Scott* for respondents.

No. 239. BARTON *v.* GEHMAN. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioner. No appearance for respondent.

No. 240. LYNCH *v.* KEMP. October 11, 1937. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. H. L. Lynch, pro se.* No appearance for respondent.

No. 244. LONGENECKER ET AL. *v.* PENNSYLVANIA JOINT STOCK LAND BANK. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Halper* for petitioners. *Mr. George B. Johnson* for respondent.